# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
WILLIAM GAMAGE, BAR NO. 9024.

No. 75386

**FILED**

MAY 11 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER IMPOSING TEMPORARY SUSPENSION*

This is a petition by the state bar for an order temporarily suspending attorney William Gamage from the practice of law, pending the resolution of formal disciplinary proceedings against him. The petition and supporting documentation aver that Gamage has misappropriated or mishandled thousands of dollars of client or third-party funds entrusted to him. After considering the petition, we issued an order restricting Gamage's handling of funds and allowing him time to show cause why this court should not immediately suspend him from the practice of law or impose conditions on his continued practice of law pending resolution of formal disciplinary proceedings. Gamage has not responded. Considering the documentation before us, we conclude that his immediate temporary suspension is warranted under SCR 102(4)(b).[1]

Accordingly, attorney William Gamage is temporarily suspended from the practice of law, pending the resolution of formal

---

[1]The State Bar also asks that we place other conditions on Gamage related to an evaluation by the Nevada Lawyers Assistance Program and random drug and alcohol testing. Given our decision to suspend Gamage, we decline that request. *See* SCR 102(4)(b) (providing that this court may order "the attorney's immediate temporary suspension *or* may impose other conditions upon the attorney's practice" (emphasis added)).

18-18112

disciplinary proceedings against him. Under SCR 102(4)(d), Gamage is precluded from accepting new cases immediately upon service of this order, but he may continue to represent existing clients for a period of 15 days from service of this order. In addition, the conditions that we previously imposed pursuant to SCR 102(4)(b) and (c) on Gamage's handling of funds remain in effect. Gamage shall comply with the provisions of SCR 115. The State Bar shall comply with SCR 121.1[2]

It is so ORDERED.

_____, C.J.
Douglas

_____, J.          _____, J.
Cherry                                Gibbons

_____, J.          _____, J.
Pickering                             Hardesty

_____, J.          _____, J.
Parraguirre                           Stiglich

cc:    Chair, Southern Nevada Disciplinary Board
       C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
       Law Office of William Gamage
       Kimberly K. Farmer, Executive Director, State Bar of Nevada
       Perry Thompson, Admissions Office, U.S. Supreme Court

---

[2]This is our final disposition of this matter. Any new proceedings shall be docketed under a new docket number. Because we grant the petition, this matter is now public. SCR 121(5).